UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV18-10271 JAK (JDEx) | Date | March 11, 2019 |
| Title | Salvador Lopez v. Healthcare Services Group, Inc. | | |

Present: The Honorable JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| David Sohn | Aaron N. Colby |

**Proceedings:** **PLAINTIFF'S MOTION FOR ORDER REMANDING ACTION TO STATE COURT (DKT. 12)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative view that it is inclined to grant Plaintiff's Motion for Order Remanding Action to State Court (the "Motion") (Dkt. 12). Counsel address the Court as to whether the amount in controversy exceeds $75,000. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Scheduling Conference is held. The Court has reviewed the parties' March 1, 2019 Joint Report (Dkt. 16) and defers setting dates until the final ruling is issued on the Motion. However, the Court states that the proposed dates are acceptable in the event that the Motion is denied.

Counsel confirm that a settlement conference would be productive, and that they have agreed to use a private neutral, as stated in the Joint Report. Counsel agree that a conference within 60 days would be productive if certain information is timely exchanged by the parties pursuant to their respective disclosure and discovery obligations. Defense counsel states that, because Defendant does not want to waive its right to seek to compel the arbitration of the claims advanced in the Complaint, an agreement would be necessary that the commencement of some form of discovery or information exchange by the parties in connection with a settlement conference would not effect such a waiver.

In light of the foregoing, on or before March 21, 2019, counsel shall confer and file a joint report stating whether the parties have agreed to a private neutral, a settlement process, and a date of completion. If a settlement conference does proceed, a joint report as to its procedural outcome shall be filed within seven days after the later of the conclusion of the conference, or any follow-up discussions with the neutral.

**IT IS SO ORDERED.**

| | : | 21 |
|---|---|---|
| Initials of Preparer | ak | |